**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2192

JAMES V. LOWERY,

                              Plaintiff - Appellant,

        versus

JO ANNE B. BARNHART, Commissioner of Social
Security Administration,

                              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Beth P. Gesner, Magistrate Judge. (1:05-
cv-03424-BPG)

Submitted:  August 29, 2007        Decided:  September 14, 2007

Before MOTZ and KING, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey R. Scholnick, HOOD & SCHOLNICK, P.A., Towson, Maryland, for
Appellant.  Rod J. Rosenstein, United States Attorney, Allen F.
Loucks, Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James V. Lowery appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the materials submitted in the joint appendix and the parties' briefs and find no reversible error. Accordingly, we affirm. See Lowery v. Barnhart, No. 1:05-cv-03424-BPG (D. Md. Sept. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000).